IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-CR-99-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| RONNIE JEROME DAVIS | ) |

**THIS MATTER** is before the Court on Defendant's letter motion to amend / correct sentence [doc. 30] filed on September 7, 2012. In accordance with the Court's original intent, this motion is **GRANTED.** Defendant's sentence of seven months is to be served concurrent with his state sentence. Therefore, a new J&C is to be prepared to reflect that the seven month sentence imposed on February 19, 2008 [see doc. #27] is to be served concurrently with the state sentence. All other aspects of the Judgment are to remain in effect.

**IT IS SO ORDERED.**

Signed: November 7, 2012

Graham C. Mullen
United States District Judge